# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSPPI
# OXFORD DIVISION

**PREMIER CAPITAL**
**INVESTMENT GROUP, LLC**                                   **PLAINTIFF**

**V.**                                        **CAUSE NO. 3:20CV258-DMB-JMV**

**NRUPESH PATEL,**
*Individually*; **ET AL.**                                       **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L. U. Civ. R. 16(b)(1)(B). The rule provides that

> [a] motion to . . . refer an action to bankruptcy court will stay the attorney conference and disclosure requirements and all discovery not relevant to the . . . referral issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motion[]. At the time the . . . referral motion is filed, the movant must submit to the magistrate judge an order granting the stay but permitting discovery concerning only the . . . referral issue.

Defendants filed a motion to transfer this action to the United States Bankruptcy Court for the Northern District of Mississippi [21] on December 28, 2020. Accordingly, the proceedings enumerated in Local Rule 16(b)(1)(B) are, hereby, **STAYED** pending a decision on the motion. Consistent with the rule, the parties are permitted to conduct discovery concerning the referral issue. Such discovery is, hereby, limited to written discovery, which may be propounded no later than ten (10) days after the date of this order. Further, the parties are advised that any extensions on briefing of the motion must be secured from the district judge notwithstanding authorization under the rule to engage in discovery regarding the referral issue.

**THIS** 6th day of January, 2021.

                                                     /s/ Jane M. Virden
                                                     U.S. Magistrate Judge